No. 11–0385/AR. U.S. v. Matthew B. Morrison. CCA 20090279. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2011.

